**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | Case No. 21-CR-1226-WQH |
|---|---|
| Plaintiff, | |
| v. | JUDGMENT and ORDER |
| RYAN GENETTI (1), | |
| Defendant. | |

Based upon the Unopposed Motion of the United States, and good cause appearing therefor, it is hereby

ORDERED that the indictment in Case Number 21-CR-1226 WQH shall be dismissed without prejudice as to defendant Ryan Genetti.

Dated: June 2, 2022

*William Q. Hayes*
Hon. William Q. Hayes
United States District Court